# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

Case No. **CV 08-6536 CAS (RZx)**                    Date:  **October 30, 2009**

Title:  *United States of America v. $18,713.00 In U.S. Currency*
================================================================================
PRESENT:  <u>**HONORABLE CHRISTINA A. SNYDER, JUDGE**</u>

<u>      Catherine M. Jeang      </u>      <u>      Not Present      </u>
    **Deputy Clerk**                    **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS**          **ATTORNEYS PRESENT FOR DEFENDANTS**

  Not Present                              Not Present

**PROCEEDINGS: <u>ORDER TO SHOW CAUSE</u>   (IN CHAMBERS)**

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **<u>11-16-09</u>** why this action should not be dismissed for lack of prosecution as to claimants Eugenio Mendez, Felipa Gallegos Mendez and Maribel Mendez, only.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)      Plaintiff's filing of a motion for entry of default judgment on **claimants Eugenio Mendez, Felipa Gallegos Mendez and Maribel Mendez**

on or before the above date, as a satisfactory response to the Order to Show Cause.

IT IS SO ORDERED.

Time in Court: ___: _00_
Initials of Preparer:  <u>KPA</u>